IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERONE LEE | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. |
| VS. | * | |
| | * | |
| COMENITY BANK AND EQUIFAX | * | COMPLAINT AND DEMAND |
| INFORMATION SERVICES, LLC | * | FOR A JURY TRIAL |
| | * | |
| DEFENDANTS | * | |

# COMPLAINT

### I. INTRODUCTION

1.  This is an action for damages brought by an individual consumer who is a victim of identity theft for defendant Comenity Bank's and Equifax Information Services, LLC's violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681.

### II. JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. §1681p, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3.  Plaintiff, Jerone Lee (hereinafter referred to as "plaintiff" or "Mr. Lee") is a natural person who resides in Livingston Parish, Louisiana, and is a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c).

4.  Defendant, Comenity Bank (hereinafter referred to as "Comenity"), formerly known as World Financial Network Bank, which is formerly known as World Financial Network National Bank, is a person(s) who furnishes information to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2. Comenity is a bank doing business in the state of Louisiana, who can

be served through its registered agent for service of process in the state of Delaware, World Financial Network Bank, One Righter Parkway, Wilmington, DE 19803.

5. Defendant, Equifax Information Services, LLC (hereinafter referred to as "Equifax"), is a consumer reporting agency under the FCRA. Equifax is a foreign limited liability company doing business in the state of Louisiana, who can be served through its registered agent for service of process, Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802.

IV. FACTUAL ALLEGATIONS

6. In 2009, Mr. Lee opened a credit card account through Bealls department store, said card was issued through Comenity Bank, and Mr. Lee had Tisha Jackson as an authorized user on this account.

7. On the day Mr. Lee opened this account, he did so because there was a discount on his purchases that day for new accounts, and he immediately paid the charges placed on this account at the store, which totaled approximately $48.

8. Neither Mr. Lee nor Ms. Jackson made any other charges on this account after the initial charge of $48.

9. This credit card could be used at Bealls as well as Stage Stores.

10. On March 16, 2009, this account was used without Mr. Lee's nor Ms. Jackson's authorization, permission or consent at a Stage Store in Denham Springs, Louisiana, with someone forging Mr. Lee's signature for the purchase, which totaled $282.43.

11. On March 17, 2009, this account was again used without Mr. Lee's nor Ms. Jackson's authorization, permission or consent at the same Stage Store in Denham Springs, Louisiana, for another purchase, which totaled $349.14.

12. Upon learning of these fraud charges, Mr. Lee spoke with individuals employed at Comenity to attempt to straighten out these fraud charges.

13. In conjunction with these complaints, Mr. Lee filed a police report with the Denham Springs police department.

14. Defendant Comenity provided Mr. Lee with an Affidavit of Fraud and Forgery which Mr. Lee and Ms. Jackson completed, signed, and returned to Comenity.

15. Defendant Comenity has now charged off this account and reported it as a bad debt to consumer reporting agencies since 2010.

16. In the two years prior to filing this suit, plaintiff has notified defendant Equifax on at least one occasion that he disputes the accuracy or completeness of the information contained in the report on plaintiff, specifically this Comenity account, and included a copy of the executed Affidavit of Fraud and Forgery and the name of the police officer handling this, and the police report number.

17. For each of plaintiff's disputes, Equifax notified Comenity of plaintiff's disputes pursuant to section 1681i(a) of the FCRA.

18. In response to plaintiff's disputes received from Equifax, Comenity verified the reporting of this account wrongfully to Experian.

19. Despite plaintiff's disputes, Equifax maintained the Comenity accounts on plaintiff's consumer reports and has published it thereafter with this same fraudulent information.

## **DEFENDANT COMENITY'S PRACTICES**

20. Defendant Comenity negligently and willfully failed to comply with the requirements of the FCRA in 15 U.S.C. § 1681s-2(b).

21. As a result of defendant Comenity's failure to comply with the requirements of the FCRA, plaintiff has suffered actual damages, including damage to his reputation and emotional distress for which he seeks damages in amounts to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

## DEFENDANT EQUIFAX'S PRACTICES

22. Defendant Equifax negligently and willfully failed to comply with the requirements of FCRA, including but not limited to:

  a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports concerning plaintiff, as required by 15 U.S.C. § 1681e(b); and

  b) failing to comply with the reinvestigation requirements in 15 U.S.C. § 1681i(a).

23. As a result of defendant Equifax's failures to comply with the requirements of the FCRA, plaintiff has suffered actual damages, including damage to his reputation and emotional distress for which he seeks damages in amounts to be determined by the jury. Plaintiff also seek punitive damages from each of these defendants in amounts to be determined by the jury.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against each defendant for:

  a) Actual damages;

  b) Punitive damages;

  c) Attorney fees, litigation expenses and costs; and

  d) Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

        s/Garth J. Ridge
        **GARTH J. RIDGE**
        Attorney for Plaintiff
        Bar Roll Number: 20589
        251 Florida Street, Suite 301
        Baton Rouge, Louisiana 70801
        Telephone Number: (225) 343-0700
        Facsimile Number: (225) 343-7700
        E-mail: GarthRidge@aol.com